UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON

JOHN S. REESE, SR., et al.              CIVIL 12-3349(AET)

    v.

JOSEPH M. ANTARIO, M.D.                  O R D E R

It appearing that it has been reported to the Court that the above-captioned matter has been settled,

It is on this 22nd day of January 2013,

ORDERED that this action be and is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within **60** days, to reopen the action if the settlement is not consummated. The Court shall retain jurisdiction over this matter for the purpose of enforcing the settlement.

RECEIVED

JAN 2 3 2013

*Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.